1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

GREGG R. CAHILL,

Case No. 3:15-cv-02498-LB

Plaintiff,

12

**ORDER SETTING A CASE**
**MANAGEMENT CONFERENCE FOR**
**DECEMBER 3, 2015**

v.

13

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

14

15

Defendant.

16

17       On September 9, 2014, in the United States District Court for the Western District of

18   Pennsylvania, the pro se plaintiff Gregg Cahill filed a complaint seeking judicial review of a final

19   decision by the Commissioner of the Social Security Administration. (Complaint, ECF No. 2.)

20   From December 2014 to May 2015, Mr. Cahill sought and received multiple extensions of time to

21   file his motion for summary judgment. (12/23/2014 Motion, ECF No. 6; 12/29/2014 Order, ECF

22   No. 7; 2/20/2015 Motion, ECF No. 10; 2/25/2015 Order, ECF No. 11; 5/22/2015 Motion, ECF

23   No. 14.) On May 28, 2015, upon Mr. Cahill's motion, the Pennsylvania district court transferred

24   the action to this district. (Motion to Transfer, ECF No. 13; 5/28/2015 Order, ECF No. 17.)

25       Upon receiving the action, the court ordered Mr. Cahill to serve and file any motion for

26   summary judgment by Monday, August 31, 2015. (7/21/2015 Order, ECF No. 22.) On that day,

27   instead of filing a motion for summary judgment, Mr. Cahill filed a request for another extension

28   of time. (8/31/2015 Motion, ECF No. 25.) The court granted the request and moved Mr. Cahill's

United States District Court
Northern District of California

deadline for filing a motion for summary judgment to September 18, 2015. (9/2/2015 Order, ECF No. 26.)

Mr. Cahill still has not filed a motion for summary judgment. To get this action back on track, the court sets a case management conference for Thursday, December 3, 2015 at 11:00 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. Mr. Cahill and the Commissioner each must file a case management conference statement no later than Thursday, November 19, 2015.

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
LAUREL BEELER
United States Magistrate Judge

1

2                              UNITED STATES DISTRICT COURT

3                           NORTHERN DISTRICT OF CALIFORNIA

4

5    GREGG R. CAHILL,                          Case No.  3:15-cv-02498-LB

            Plaintiff,
6
        v.                                     **CERTIFICATE OF SERVICE**
7

8    COMMISSIONER OF THE SOCIAL
     SECURITY ADMINISTRATION,
9                Defendant.

10          I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

11   District Court, Northern District of California.

12

13          That on November 4, 2015, I SERVED a true and correct copy(ies) of the attached, by

14   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

15   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

16   receptacle located in the Clerk's office.

17

18   GREGG R. CAHILL
     3205 San Carlos Way
19   Union City, CA 94587

20

21   Dated: November 4, 2015

22

23                                             Susan Y. Soong
                                               Clerk, United States District Court
24

25

26   By: _____

27   Lashanda Scott, Deputy Clerk to the
     Honorable LAUREL BEELER
28

                                               3