1  Gregg R. Cahill, Pro Se Litigant

2  3205 San Carlos Way

3  Union City, CA 94587

4  gregg.cahill@gmail.com

5  (408) 505-8778

6  Plaintiff

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO

11

12  GREGG R. CAHILL                    ) Civil Case No 3:15-cv-02498-LB

13  Plaintiff,                         )

14  vs.                                ) REQUEST FOR EXTENSION OF

15  Carolyn W. Colving, Acting         ) TIME TO FILE OPPOSITION TO

16  Commissioner of Social             ) DEFENDANT'S MOTION FOR

17  Security                           ) SUMMARY JUDGMENT
                                          ORDER
18

19

20

21

22

## REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION

## TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In the matter of Gregg R. Cahill, Plaintiff vs. Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, Defendant, on this 15th day of March, 2016, the plaintiff requests an extension of time to file his Opposition to Defendant's Motion for Summary Judgment.

As a pro se litigant, the time allotment has not quite been sufficient to properly prepare the response, as Plaintiff is reviewing the Burke vs. Barnhart case to refute the interpretation of the precedents noted and as suggested by the Defendant. Plaintiff may also review other cases and/or their relevance before issuing his opposition.

I am requesting an extension of a meager two (2) days from the original extension deadline of March 15, 2016 so that I may adequately review the case and incorporate specific excerpts in my rebuttal.

I will submit the opposition no later than March 17, 2016 so that justice can finally be served.

Thank you for your time, attention, and consideration.

Gregg R. Cahill
March 15, 2016

```
Opposition may be filed by March 17, 2016
Dated: March 17, 2016
```



APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA